JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLD REPUBLIC INSURANCE CO., <br><br> Plaintiff, <br><br> v. <br> CARDE EQUIPMENT SALES, LLC, et al. <br><br> Defendants. | CV 12-2049 DSF (VBKx) <br><br> **JUDGMENT** |

The Court having determined that the exercise of subject matter jurisdiction is inappropriate under <u>Brillhart v. Excess Insurance Company of America</u>, 316 U.S. 491 (1942),

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff take nothing, and that the action be dismissed without prejudice.

IT IS SO ORDERED.

6/1/12

Dated: _____        _____
                                                Dale S. Fischer
                                        United States District Judge